# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5453

_____

AVA ELECTRIS CANNIE EVA
ELECTRIS CANNIE,

    Petitioner,

    v.

WILMINGTON SAVINGS FUND
SOCIETY FSB DBA et al.,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 12, 2018

PER CURIAM.

    DISMISSED. *See* Fla. R. App. P. 9.100(c)(1).

ROWE, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ava Electris Cannie Eva Electris Cannie, pro se, Petitioner.

David Rosenberg of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Respondent.